AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Jose Cabreja

APPEARANCE

CASE NUMBER: 1:05-M-101M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Cabreja

I certify that I am admitted to practice in this court.

8-4-5

*Date*

*Signature*

K. Fitzgerald

*Print Name* *Bar Number*

10 Weybosset St.

*Address*

Prov. RI 02903

*City* *State* *Zip Code*

(401) 528-4281

*Phone Number* *Fax Number*

This form was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.