**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** 1:01-M-101M **DATE:** August 4, 2005

**TITLE OF CASE:** USA v JOSE CABREJA

---

**MAGISTRATE JUDGE: DAVID L. MARTIN**

**COURTROOM CLERK: Martha Saucier**

**COURT INTERPRETER: Ana Cecilia Rosado**

**PROBATION: Heather McLoughling**

---

**TIME OF HEARING: 11:55 a.m.**

**COUNSEL PRESENT USA: Terrence Donnelly**

**Defendant: Kevin Fitzgerald**

---

**PROCEEDINGS: Initial Appearance**

**All counsel of record present. Defendant present. Probation present. Court Interpreter present. Court informs defendant of charges. Court informs defendant of his rights. Court questions defendant. Defendant waives preliminary examination. The Court accepts the waiver. The government requests detention. The defendant argues bail. The Court orders defendant detained pending further proceedings.**