1052422

RECEIVED
AUG 04 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE G. CABREJA

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-101M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE G. CABREJA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Selling Counterfeit U.S. Currency

in violation of Title 18 United States Code, Section(s) 473

David L. Martin
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

8-3-05 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | JAMES S. BENTZ SPECIAL AGENT, U.S. SECRET SERVICE | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.