IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 05 90 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. No. |
| | : | In Violation of 18 U.S.C. §§ 371, |
| JOSE G. CABREJA, | : | 473 and 2. |
| a/k/a Flaco | : | |

**INDICTMENT**

The Grand Jury charges:

**COUNT I**

1. That from at least in or about July 2005, through in or about August 2005, in the District of Rhode Island and elsewhere, the defendant, JOSE G. CABREJA a/k/a Flaco, did knowingly, willfully and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to commit offenses against the United States, that is, to sell and exchange counterfeit currency, in violation of 18 U.S.C. §§ 473 and 2.

2. The purpose and object of the conspiracy was for the defendant, JOSE G. CABREJA a/k/a Flaco, to sell counterfeit United States currency at discounted rates.

3. In furtherance of the conspiracy and to effect the purposes and objects thereof, there were committed by one or more of the co-conspirators, in the District of Rhode Island and elsewhere, at least one of the following overt acts, among others:

a. On or about July 18, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, received from a person known

to the Grand Jury, one thousand five hundred dollars ($1,500) in genuine United States currency.

b. On or about July 18, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, delivered to a person known to the Grand Jury, three thousand dollars ($3,000) in counterfeit one hundred dollar ($100) Federal Reserve Notes.

c. On or about August 1, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, received from a person known to the Grand Jury, one thousand five hundred ninety dollars ($1,590) in genuine United States currency.

d. On or about August 1, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, drove from Rhode Island to New York in a purple colored Mitsubishi Galant, Rhode Island Registration 78355.

e. On or about August 2, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, delivered to a person known to the Grand Jury, five thousand dollars ($5,000) in counterfeit one hundred dollar ($100) Federal Reserve Notes.

All in violation of 18 U.S.C. §§ 371 and 2.

**COUNT II**

4. On or about July 18, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, did sell, exchange, transfer, receive and deliver,

false, forged, counterfeited, and altered obligations and other securities of the United States, that is, three thousand dollars ($3,000) in counterfeit one hundred dollar ($100) Federal Reserve Notes, to a person known to the Grand Jury, with the intent that the same be passed, published, and used as true and genuine.

All in violation of 18 U.S.C. §§ 473 and 2.

**COUNT III**

5. On or about August 2, 2005, the defendant, JOSE G. CABREJA a/k/a Flaco, did sell, exchange, transfer, receive and deliver, false, forged, counterfeited, and altered obligations and other securities of the United States, that is, five thousand dollars ($5,000) in counterfeit one hundred dollar ($100) Federal Reserve Notes, to a person known to the Grand Jury, with the intent that the same be passed, published, and used as true and genuine.

All in violation of 18 U.S.C. §§ 473 and 2.

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

R.W. Rose

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 8-17-05