AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RI

## APPEARANCE

CASE NUMBER: CR05-90ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Castroja

8/18/05
Date

Signature

John M. Verdecchia
Print Name

606 [illegible] ST.
Address

Prov RI 02905
City State Zip Code

453-0700
Phone Number