# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**August 24, 2005**

**CR 05-90ML**

**TITLE: USA v. JOSE CABREJA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Richard Rose**

**Defendant: John Verddechica**

**Probation: Charleen Tryhubczak**

*************************************************************************

**Arraignment**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charge. Court enters plea of not guilty on behalf of the defendant. Court enters an arraignment order. Both sides argue detention. Court continues bail hearing for 8/26/05 at 10:00 a.m.**