# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**August 26, 2005**

**CR 05-90ML**

**TITLE: USA v. JOSE CABREJA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Richard Rose**

**Defendant: John Verdecchia**

**Probation: Charleen Tryhubczak**

****************************************************************************

**Bail Hearing**

**All counsel of record present. Defendant present. Probation present. Government requests detention. Defendant argues bail. Court orders defendant released on $3,500.00 full surety with additional conditions. Defendant remanded into custody.**