IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. No. 05-090ML |
| | : |
| JOSE G. CABREJA | : |

**UNITED STATES' MOTION FOR FURTHER CONDITION OF BAIL**

Now comes the United States and hereby requests an additional condition of bail in the above-captioned matter for the reasons stated in the attached memorandum of law.

Respectfully submitted,

United States of America
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th of August, 2005, I served a copy of the within United States' Motion for Further Condition of Bail by fax to:

John Verdecchia
1206 Westminster Street
Providence, RI 02903

Charleen L. Tryhubczak
US Probation Officer
US Probation Office
36 Exchange Terrace
Providence, Rhode Island 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-090ML |
| | : | |
| JOSE G. CABREJA | : | |

**UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A FURTHER CONDITION OF BAIL**

Today in the above-captioned matter this Court set various conditions of bail. The United States respectfully request that the Court add an additional condition that the defendant should have no contact, in person, telephonically, or otherwise with the cooperating Witness/Confidential Informant in this case who is otherwise identified on the tape recordings that will be provided to the defendant in discovery as well as in the affidavit in support of the Complaint in this case. The defendant's counsel has no objection to this being added as a condition of bail.

Respectfully submitted,

United States of America
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th of August, 2005, I served a copy of the within United States' Memorandum of Law in Support of Its Motion for Further Condition of Bail by fax to:

John Verdecchia
1206 Westminster Street
Providence, RI 02903

Charleen L. Tryhubczak
US Probation Officer
US Probation Office
36 Exchange Terrace
Providence, Rhode Island 02903