FILED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-090ML |
| | : | |
| JOSE G. CABREJA | : | |

**UNITED STATES' MOTION FOR FURTHER CONDITION OF BAIL**

Now comes the United States and hereby requests an additional condition of bail in the above-captioned matter for the reasons stated in the attached memorandum of law.

Respectfully submitted,

United States of America
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
August 29, 2005