AUG 25 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-90ML** |
| | ) | |
| **JOSE G. CABREJA** | ) | |

**MOTION TO WITHDRAW**

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Mr. Cabreja has indicated that he has retained private counsel.

Respectfully submitted
Jose G. Cabreja
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

Granted. Mary M. Lisi USDJ 9/6/05

**CERTIFICATION**

I hereby certify that I hand-delivered on the 25th day of August, 2005 a true copy of the within motion to Richard Rose, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.