# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

United States of America

**V.** **CR 05-90ML**

**Jose Cabreja**

## ORDER

**The Motion for Return of Surety is hereby granted and the surety bond shall be returned to Ana V. Rodriguez in the amount of $3,500.00.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**June 16 , 2008**